IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

  vs.                                    Case Nos.:  3:10cr67/RV/EMT
                                                                       3:14cv28/RV/EMT

FRANCISCO TORRES-RODRIGUEZ
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 13, 2017 (ECF No. 433). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 441), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The motion to vacate, set aside, or correct sentence (ECF No. 337) is **DENIED**.

3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of March, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:10cr67/RV/EMT; 3:14cv28/RV/EMT